Present
— Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ. [26 Misc 2d 488.]
In the Matter of the Claim of BERTHA STEWART, Respondent, v. DEVON REALTY CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Coon, Gibson and Taylor, JJ., concur; Reynolds, J., dissents, and votes to reverse and dismiss the claim.